**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK
(State)

Case number (If known): _____   Chapter 7



☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  PINE BUSH CAPITAL LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-4772411

4. **Debtor's address**

   **Principal place of business**
   11   Morris Drive
   Number   Street

   Monticello   NY   12701
   City   State   ZIP Code

   Sullivan
   County

   **Mailing address, if different from principal place of business**
   Number   Street
   P.O. Box
   Monticello
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street
   City   State   ZIP Code

5. **Debtor's website (URL)**  _____

Debtor **PINE BUSH CAPITAL LLC**
Name

Case number (if known) _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
__551112__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  PINE BUSH CAPITAL LLC
        Name                                                              Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When __/__/____
       Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number  Street
                       _____
                       City                           State ZIP Code

Is the property insured?
☐ No
☑ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor    PINE BUSH CAPITAL LLC
　　　　　Name

Case number (if known) _____

13. **Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. **Estimated assets**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/06/2023
　　　　　　　 MM / DD / YYYY

X  /s/ _____    Pinkus Schmeltzer
Signature of authorized representative of debtor    Printed name

Title  Member

Debtor  PINE BUSH CAPITAL LLC　　　　　　　　　　　　　Case number (if known)_____
　　　　Name

**18. Signature of attorney**　　✗ /S/ _[signature]_　　　　　　　Date  06/06/2023
　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　MM / DD / YYYY

Pinkus Schmeltzer pro-se
Printed name
PINE BUSH CAPITAL LLC
Firm name
11　　　Morris Drive
Number　　Street
Monticello　　　　　　　　　　　　　　　　　　　NY　　12701
City　　　　　　　　　　　　　　　　　　　　　　State　　ZIP Code

_____　　　　　　　　_____
Contact phone　　　　　　　　　　　　　　　Email address

N/A　　　　　　　　　　　　　　　　　　　　　NY
Bar number　　　　　　　　　　　　　　　　　State

**Fill in this information to identify the case:**

Debtor name: **PINE BUSH CAPITAL LLC**

United States Bankruptcy Court for the: SOUTHERN District of NEW YORK (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand — $0

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. NONE | N/A | ____ ____ ____ ____ | $0 |
   | 3.2. | | ____ ____ ____ ____ | $0 |

4. Other cash equivalents *(Identify all)*

   | 4.1. NONE | $0 |
   |---|---|
   | 4.2. NONE | $0 |

5. **Total of Part 1** — $0
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   | 7.1. | $0 |
   |---|---|
   | 7.2. | $0 |

Debtor ___PINE BUSH CAPITAL LLC___ Case number (if known)_____
     Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ __0__

8.2. _____ $ _____

**9. Total of Part 2.** $ __0__
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: __0__    − __0__    = → __0__   $ _____
                     face amount      doubtful or uncollectible accounts

11b. Over 90 days old: __0__    − __0__    = → __0__   $ _____
                 face amount      doubtful or uncollectible accounts

**12. Total of Part 3**    0   $ _____
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

                                        Valuation method      Current value of debtor's
                                          used for current value    interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. __NONE_____ __0__   $ _____

14.2. _____ __0__   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: NONE                    % of ownership:    0

15.1. _____ ____%   _____   $ _____
15.2. _____ ____%   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. __NONE_____ __0__   $ _____

16.2. _____ _____   $ _____

**17. Total of Part 4**    0   $ _____
Add lines 14 through 16. Copy the total to line 83.

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 2

Debtor  **PINE BUSH CAPITAL LLC**  Case number (if known) _____

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | MM / DD / YYYY | $ 0 | 0 | $ 0 |
| 20. Work in progress | MM / DD / YYYY | $ 0 | 0 | $ 0 |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $ 0 | 0 | $ 0 |
| 22. Other inventory or supplies | MM / DD / YYYY | $ 0 | 0 | $ 0 |

23. **Total of Part 5**  $ 0
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - ☒ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☒ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☒ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3

Debtor    PINE BUSH CAPITAL LLC    Case number (if known)
         Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.    $ 0

34. Is the debtor a member of an agricultural cooperative?
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☒ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☒ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | $ 0 | 0 | $ 0 |
| 40. Office fixtures | $ 0 | 0 | $ 0 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | $ 0 | 0 | $ 0 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | 0 | 0 | 0 |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ 0 | 0 | $ 0 |
| 42.3 _____ | $ 0 | 0 | $ 0 |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.    $ 0

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☒ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 4

Debtor  **PINE BUSH CAPITAL LLC**　　　　　　　　　Case number (if known)　　　　　　
　　　　　Name

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ 0 | 0 | $ 0 |
| 47.2 _____ | $ 0 | 0 | $ 0 |
| 47.3 _____ | $ 0 | 0 | $ 0 |
| 47.4 _____ | $ 0 | 0 | $ 0 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ 0 | 0 | $ 0 |
| 48.2 _____ | $ 0 | 0 | $ 0 |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ | | $ |
| 49.2 _____ | $ 0 | 0 | $ 0 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ 0 | 0 | $ 0 |

**51. Total of Part 8.**　　　　　　　　　　　　　　　　　　　　　　　　$ 0
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor __PINE BUSH CAPITAL LLC_____ Case number (if known)_____
      Name

## Part 9: Real property

**54.** Does the debtor own or lease any real property?
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ 0 | | $ 0 |
| 55.2 | | $ 0 | | $ 0 |
| 55.3 | | $ 0 | | $ 0 |
| 55.4 | | $ 0 | | $ 0 |
| 55.5 | | $ 0 | | $ 0 |
| 55.6 | | $ 0 | | $ 0 |

**56.** Total of Part 9.                                               $ 0
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
   ☐ No
   ☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

## Part 10: Intangibles and intellectual property

**59.** Does the debtor have any interests in intangibles or intellectual property?
   ☒ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | $ 0 | 0 | $ 0 |
| **61.** Internet domain names and websites | $ 0 | 0 | $ 0 |
| **62.** Licenses, franchises, and royalties | $ 0 | 0 | $ 0 |
| **63.** Customer lists, mailing lists, or other compilations | $ 0 | 0 | $ 0 |
| **64.** Other intangibles, or intellectual property | $ 0 | 0 | $ 0 |
| **65.** Goodwill | $ 0 | 0 | $ 0 |

**66.** Total of Part 10.                                              $ 0
Add lines 60 through 65. Copy the total to line 89.

Debtor   **PINE BUSH CAPITAL LLC**   Case number (if known) _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    Current value of debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    _____  −  _____  = → $ 0
    Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____                              Tax year _____  $ 0
    _____                              Tax year _____  $ 0
    _____                              Tax year _____  $ 0

73. **Interests in insurance policies or annuities**
    _____                                                $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                                                $ 0
    Nature of claim       _____
    Amount requested      $ 0

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                                $ 0
    Nature of claim       _____
    Amount requested      $ 0

76. **Trusts, equitable or future interests in property**
    _____                                                $ 0

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership
    _____                                                $ 0
    _____                                                $ 0

78. **Total of Part 11.**                                                 $ 0
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property         page 7

Debtor ___PINE BUSH CAPITAL LLC___   Case number (if known) _____
       Name

# Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 0 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $ 0 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $ 0 | |
| 83. Investments. Copy line 17, Part 4. | $ 0 | |
| 84. Inventory. Copy line 23, Part 5. | $ 0 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 0 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 0 | |
| 88. Real property. Copy line 56, Part 9. ................................................ → | | $ 0 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $ 0 | |
| 90. All other assets. Copy line 78, Part 11. | + $ 0 | |
| 91. Total. Add lines 80 through 90 for each column. ............ 91a. | $ 0 | + 91b. $ 0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................................... $ 0

**Fill in this information to identify the case and this filing:**

Debtor Name: Pine Bush Capital LL

United States Bankruptcy Court for the: Southern District of N.Y.

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- [ ] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [ ] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [ ] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [ ] Schedule H: Codebtors (Official Form 206H)
- [ ] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule ____
- [ ] Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/06/2023

X _____ (Signature of individual signing on behalf of debtor)

Printed name: Pinkus Schmeltzer

Position or relationship to debtor: Member

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): ____PINE BUSH CAPITAL LLC_____ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____
_____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____ *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____
_____

[OVER]

## DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____  JUDGE: _____  DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/S/ _____
**Signature of Debtor's Attorney**
PINKUS SCHMELTZER    PRO SE

/S/ _____
**Signature of Pro-se Debtor/Petitioner**
11 MORRIS DRIVE
Mailing Address of Debtor/Petitioner
MONTICELLO NY 12701
City, State, Zip Code

_____
Email Address

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# List of Creditors: PINE BUSH CAPITAL LLC

Sharestates Invesmemts DACL LLC..................................$220,000.00

11 Middle Neck Road STE 31 Great Neck NY 11021

Valley Law PLLC.......................................................$1,000.00

6851 Jericho TPK STE Syosset NY 11791

Glen Cove Pines........................................................$11,682.12

368 New Hempstead Road STE 312 New City NY 10956

Brightstone Fairgrounds...............................................$8,192.30

45 Washington Ave. Spring Valley NY 10977

Harriman Square LLC..................................................$12,535

93 Park Ave. Monticello NY 12701